United States District Court
Southern District of Texas
**ENTERED**
May 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **RAYMUNDO LONGORIA CHAPA,** | § § | |
| VS. | § § | CIVIL ACTION NO. 5:15-CV-212 <br> CRIMINAL ACTION NO. 5:12-CR-738 |
| **UNITED STATES OF AMERICA** | § | |

## ORDER

On May 17, 2016, the Court issued an order requiring Defendant to supplement his section 2255 motion with, among other materials, testimony by his aunt concerning his mother's residency within the United States prior to his birth. (Dkt. 24.) Before receiving such order, Defendant mailed the Court additional documentation in an attempt to satisfy the aforementioned residency requirement, specifically, a copy of his grandfather's draft card, which indicates that he and his wife, that is, his mother's parents, were living in Dimmit County, Texas in 1918. (*See* Dkt. 25, Attach. 1.) However, this document fails to support a claim of his mother's U.S. residency prior to his birth, as his mother was born in 1924. (*See* Dkt. 3, Attach. 1.) Therefore, the Court's order of May 17th stands unmodified, such that Defendant is hereby ORDERED to supplement his section 2255 as follows.

- Defendant must submit a notarized affidavit, or unsworn affidavit pursuant to 28 U.S.C. § 1746, by his aunt, Ms. Trinidad Chapa Salazar, attesting to (1) her competency to testify, (2) whether she would be willing to testify at trial concerning her sister's U.S. residency, and (3) the details of her sister's U.S. residency prior to Defendant's birth.

- Defendant must also submit a notarized affidavit, or unsworn affidavit pursuant to 28 U.S.C. § 1746, by any third person who can attest to Ms. Chapa Salazar's competency to testify.

It is further ORDERED that the above supplemental materials must be submitted by Defendant to prison officials for mailing to the Court no later than **June 17, 2016.**

Defendant is hereby WARNED that his request for relief will be summarily denied absent timely supplementation.

The Clerk of Court is DIRECTED to mail Defendant a copy of this Order by any receipted means at the address indicated in his most recent filing.

IT IS SO ORDERED.

SIGNED this 19th day of May, 2016.

_____
Diana Saldaña
United States District Judge